**Opinion issued July 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-26-00289-CV

———————————————

### SUNNY LEIGH ADAIR, Appellant

### V.

### 2016 MAIN OWNERS ASSOCIATION, INC., LISA NEHAL, VIRDOLIA SKINNER, JENNIFER BERGER, MARK MAYS, AND SUSAN HILL, Appellees

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-43820**

---

## MEMORANDUM OPINION

Appellant Sunny Adair failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On June 16, 2026, the Clerk of this Court notified Appellant that his appellate brief was past due and that his appeal was subject to dismissal. *See* TEX.

R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file his brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b)–(c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.